## Schedule A

| Doe No. | Online Store Name | Online Store URL | URL for Infringing Product |
|---|---|---|---|
| 1 | AOYILA | https://www.amazon.com/s?me=A2YNDFXVPNGWS8&marketplaceID=ATVPDKIKX0DER | https://www.amazon.com/dp/B0C7JQ72T3 |
| 2 | Beewins | https://www.amazon.com/s?me=A2R5PRRSG72GY5&marketplaceID=ATVPDKIKX0DER | https://www.amazon.com/dp/B0CB5LX8VH |
| 3 | SWOJG-US | https://www.amazon.com/s?me=A3SPQPMDOWKB9W&marketplaceID=ATVPDKIKX0DER | https://www.amazon.com/dp/B0CCVSZZMQ |
| | | | https://www.amazon.com/dp/B0C1NRZCHS |
| 4 | HONG KONG ZHANLAN | https://www.amazon.com/s?me=A2GUI8A06JNJWI&marketplaceID=ATVPDKIKX0DER | https://www.amazon.com/dp/B0B872BMJW |
| | | | www.amazon.com/dp/B0C1WN5NLN |
| 5 | Cousi-eu-US | https://www.amazon.com/s?me=A1NBGNZOEBY85X&marketplaceID=ATVPDKIKX0DER | https://www.amazon.com/dp/B0CBJL6VHF |
| | | | https://www.amazon.com/dp/B0BXL94HXW |
| 6 | Katen Direct | https://www.amazon.com/s?me=A3DV0CVGW4L6E5&marketplaceID=ATVPDKIKX0DER | https://www.amazon.com/dp/B0BG6YVM4M |
| 7 | Mchoi Direct | https://www.amazon.com/s?me=A3V2C36YDZRWN6&marketplaceID=ATVPDKIKX0DER | https://www.amazon.com/dp/B096LNMTN3 |
| 8 | YOREPEK | https://www.amazon.com/stores/YOREPEK/page/BFDBF143-BD8A-450B-916B- | https://www.amazon.com/dp/B0BQ5VP14H (no longer active online) |

| | | | |
|---|---|---|---|
| | | B68C6CE265FD?ref_=ast_bln&store_ref=bl_ast_dp_brandLogo_sto | https://www.amazon.com/dp/B09XRBHTWT  (no longer active online) |
| 9 | Houmujiuyou | https://www.amazon.com/s?me=ACBZ3DTMZ8RD0&marketplaceID=ATVPDKIKX0DER | https://www.amazon.com/dp/B09QCGS6PZ |
| 10 | ZEOZERTT | https://www.amazon.com/s?k=ZIOZERTT | https://www.amazon.com/dp/B0CKVVK7L3 |
| 11 | NECOKA | https://www.amazon.com/s?me=A2Z8SY6FH2GEVF&marketplaceID=ATVPDKIKX0DER | https://www.amazon.com/dp/B0CL5989TV |