# EXHIBIT 1



US00D950950S

| (12) United States Design Patent<br>Breines | (10) Patent No.: **US D950,950 S**<br>(45) Date of Patent: ✱✱ **May 10, 2022** |
|---|---|

(54) **CASE WITH ADJUSTABLE INTERNAL DIVIDERS**

(71) Applicant: **Robert Breines**, Westlake Village, CA (US)

(72) Inventor: **Robert Breines**, Westlake Village, CA (US)

(✱✱) Term: **15 Years**

(21) Appl. No.: **29/765,550**

(22) Filed: **Jan. 8, 2021**

(51) **LOC (13) Cl.** ............................................. 03-01
(52) **U.S. Cl.**
 USPC ........................................... **D3/285**; D3/289
(58) **Field of Classification Search**
 USPC ........ D3/201, 217, 273, 276, 279, 283, 285,
 D3/289, 290, 900, 902, 905, 257, 258,
 D3/254; D7/605, 607
 (Continued)

(56) **References Cited**

U.S. PATENT DOCUMENTS

D154,247 S    6/1949   Doppelt
2,556,066 A  * 6/1951  Cline .................. A45C 11/008
                                                  190/111

(Continued)

OTHER PUBLICATIONS

Amazon, "USA Gear Console Carrying Case—Xbox Travel Bag Compatible with Xbox One . . . ", First on sale Jun. 23, 2014. (https://www.amazon.com/USA-Gear-Controllers-Adjustable-Customizable/dp/B00LAU0Q1M?th=1) (Year: 2014).*

(Continued)

*Primary Examiner* — April Rivas

(57) **CLAIM**

The ornamental design for a case with adjustable internal dividers, as shown and described.

DESCRIPTION

FIG. **1** is a front perspective view of a case with adjustable internal dividers, showing my new design in a closed configuration with a zipper flap also in a closed configuration;
FIG. **2** is a front elevational view of FIG. **1**;
FIG. **3** is a rear elevational view of FIG. **1**;
FIG. **4** is a left-side elevational view of FIG. **1**;
FIG. **5** is a right-side elevational view of FIG. **1**;
FIG. **6** is a top plan view of FIG. **1**;
FIG. **7** is a bottom plan view of FIG. **1**;
FIG. **8** is a front perspective view thereof, illustrate with the zipper flap in an open position;
FIG. **9** is a front perspective view thereof, illustrated in an open configuration and with two large flaps in a stowed position over a top compartment, and with a large divider panel fixed across a bottom compartment;
FIG. **10** is a front perspective view of FIG. **9** but with the two large flaps in an open position revealing another large divider panel and four small divider panels in the top compartment;
FIG. **11** is a front perspective view of FIG. **10** but with the large flaps and divider panels omitted for clarity of design;
FIG. **12** is a rear perspective view of FIG. **11**;
FIG. **13** is a front perspective view of the two large flaps, the two large divider panels, and the four small divider panels, an outer case omitted for clarity of design;
FIG. **14** is a rear perspective view of FIG. **13**;
FIG. **15** is a perspective view thereof, illustrated in an alternate configuration wherein each of the top compartement and the bottom compartment include one of the large divider panels and one of the large flaps in the closed position, covering two of the small divider panels; and,
FIG. **16** is a perspective view of FIG. **15** but with the large flaps in the open position to reveal the small divider panels thereunder.
The broken lines in the figures represent stitching and are part of the claimed design.

**1 Claim, 15 Drawing Sheets**



(58) **Field of Classification Search**
CPC ........ A45C 2003/008; A45C 2005/035; A45C 7/009; A45C 13/02; A45C 2013/025; A45C 2013/026; B25H 3/02; C05F 17/95
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D242,394 S | | 11/1976 | Tweedie |
| D249,824 S | | 10/1978 | Koszegi |
| D254,819 S | | 4/1980 | Harrison |
| D269,741 S | | 7/1983 | Stark |
| D280,044 S | | 8/1985 | Allen |
| D280,867 S | | 10/1985 | Allen |
| D285,863 S | | 9/1986 | Davis |
| D285,868 S | | 9/1986 | Davis |
| D292,746 S | | 11/1987 | Allen |
| D360,978 S | | 8/1995 | Willard |
| D376,045 S | | 12/1996 | Bernstein |
| D378,709 S | | 4/1997 | Jacobs |
| D389,647 S | * | 1/1998 | White .............................. D3/285 |
| D390,004 S | | 2/1998 | Tawil |
| D398,082 S | | 9/1998 | Martz |
| D398,083 S | | 9/1998 | Martz |
| D399,056 S | | 10/1998 | Tawil |
| 5,960,952 A | * | 10/1999 | Chen ...................... A45C 13/36 190/125 |
| D419,763 S | | 2/2000 | Wiebe |
| D432,311 S | * | 10/2000 | Weinreb ........................ D3/284 |
| D441,533 S | | 5/2001 | Tawil |
| D481,204 S | | 10/2003 | Rada |
| D487,345 S | | 3/2004 | Brouard |
| D514,317 S | | 2/2006 | Conforti |
| D529,717 S | | 10/2006 | Brancky |
| D530,081 S | | 10/2006 | Moon |
| D534,351 S | | 1/2007 | Tortorella |
| D548,408 S | | 8/2007 | Martz |
| D548,964 S | | 8/2007 | Aliberti |
| D548,965 S | | 8/2007 | Aliberti |
| D560,361 S | * | 1/2008 | Huang .............................. D3/301 |
| D564,226 S | | 3/2008 | Morelli |
| D591,046 S | * | 4/2009 | Lee .................................. D3/285 |
| D611,246 S | | 3/2010 | LaCorte |
| D623,857 S | * | 9/2010 | Austin ............................ D3/289 |
| D657,141 S | | 4/2012 | Dolce |
| D672,959 S | | 12/2012 | Denzinger |
| D718,931 S | | 12/2014 | Brundl |
| D723,280 S | | 3/2015 | Sanz |
| D732,350 S | | 6/2015 | Seiders |
| D758,719 S | | 6/2016 | Harper |
| D765,395 S | | 9/2016 | Sanz |
| D765,967 S | | 9/2016 | Boroski |
| D766,571 S | | 9/2016 | Boroski |
| D771,942 S | | 11/2016 | Wu |
| D796,843 S | * | 9/2017 | Connor .......................... D3/285 |
| D799,823 S | * | 10/2017 | Schartle ........................ D3/285 |
| D808,154 S | | 1/2018 | Romano |
| D819,966 S | | 6/2018 | Yu |
| D825,921 S | | 8/2018 | Pennington |
| D839,586 S | * | 2/2019 | Li ................................... D3/205 |
| D841,312 S | * | 2/2019 | Lin ................................ D3/206 |
| D859,821 S | | 9/2019 | Soulette |
| D866,180 S | * | 11/2019 | Johan ............................. D3/265 |
| D868,390 S | | 11/2019 | Santo Domingo |
| D869,154 S | | 12/2019 | Zeller |
| D874,129 S | * | 2/2020 | Goldstein ...................... D3/217 |
| D879,462 S | * | 3/2020 | Si ................................... D3/206 |
| D882,949 S | | 5/2020 | Wang |
| D886,451 S | * | 6/2020 | Plehn ............................ D3/274 |
| D889,829 S | | 7/2020 | Thibadeau |
| D893,183 S | | 8/2020 | Eisenhardt |
| D893,871 S | * | 8/2020 | Plunkett ........................ D3/285 |
| D901,889 S | | 11/2020 | Jacobs |
| D904,021 S | | 12/2020 | Sanz |
| D906,672 S | | 1/2021 | Wu |
| D907,922 S | | 1/2021 | Dooling |
| D918,296 S | * | 5/2021 | Merckenschlager .......... D19/86 |
| 2004/0045781 A1 | | 3/2004 | Scicluna |

OTHER PUBLICATIONS

Amazon, "USA Gear Xbox Case—Console Case Compatible with Xbox Series X . . . ", First on sale Oct. 28, 2020. (https://www.amazon.com/USA-GEAR-Xbox-Case-Customizable/dp/B08M4GTD6F) (Year: 2020).*

Amazon, "Hard Travel Case replacement for Sony PlayStation 4 PS4 . . . ", First on sale Sep. 16, 2017. (https://www.amazon.com/Travel-PlayStation-Console-Launch-co2CREA-4/dp/B075P2K96T/) (Year: 2017).*

Amazon, "Alena Culian Electronic Organizer Travel Universal Cable Organizer . . . ", First on sale Apr. 25, 2019. (https://www.amazon.com/Electronic-Organizer-Universal-Electronics-Accessories/dp/B07PFZ1CFN) (Year: 2019).*

Amazon, "EVA Hard Protective Travel Case Carrying Bag for Sony PlayStation 4 . . . ", first on sale Sep. 22, 2016. (https://www.amazon.com/Protective-Carrying-PlayStation-Controller-Hermitshell-4/dp/B01M0J9S3P) (Year: 2016).*

Amazon, "Hard Travel Case replacement for Sony PlayStation 4 . . . ", First sold Sep. 16, 2017. (https://www.amazon.com/Travel-PlayStation-Console-Launch-co2CREA-4/dp/B075P2K96T) (Year: 2017).*

USA Gear S Series S23, downloaded from the Internet at "https://www.accessorypower.com/index.php?route=product/product&product_id=11637&search=S23" on Jan. 8, 2021. The Applicant/Inventor is the owner of this website and product, and is taking advantage of the one-year grace period under AIA 35 U.S.C. 102(b)(1)(A) for this earliest public disclosure of the product on Oct. 28, 2020.

\* cited by examiner



**FIG. 1**



FIG. 2



FIG. 3



**FIG. 4**



**FIG. 5**



FIG. 6



FIG. 7



FIG. 8



FIG. 9



FIG. 10



**FIG. 11**



**FIG. 12**

**FIG. 13**



**FIG. 14**



FIG. 15



FIG. 16