UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| AP Global, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 1:24-cv-02535 |
| v. | ) | |
| | ) | Dist. Judge Martha M. Pacold |
| The Individuals, Corporations, Limited | ) | |
| Liability Companies, Partnerships, and | ) | Mag. Judge Maria Valdez |
| Unincorporated Associations Identified | ) | |
| on Schedule A To The Complaint, | ) | |
| Defendants. | ) | |

**Motion to Set Briefing Schedule and Unseal**

**NOW COME** certain defendants[1] ("Defendants"), by and through their undersigned counsel, and hereby respectfully request that this Court set a briefing schedule on Plaintiff's Motion for Entry of Preliminary Injunction, and in support state as follows:

1. Plaintiff filed its Complaint on March 28, 2024, alleging that Defendants committed patent infringement. [Dkt. 1].

2. The same day, Plaintiff filed, *inter alia*, an *ex parte* motion for entry of a temporary restraining order, which the Court ultimately granted on Apil 12, 2024. [Dkts. 5, 25].

3. On May 3, 2024, Plaintiff filed its Motion for Entry of a Preliminary Injunction. [Dkt. 30].

4. Documents supporting the TRO, and thus Plaintiff pending motion, remain sealed. [Dkts. 2-4, 6-9].

5. Defendants recently obtained local counsel. Defendants need a short time to review and confirm the exact basis for Plaintiff's claims and arguments against each of them, including examples of what, specifically, is covered under Plaintiff's copyright registration(s), in order to appreciably oppose Plaintiff's motion for entry of a preliminary injunction. As the TRO has

---

[1] Gaietyy, Houmujiuyou

been extended and in effect for more than a month, there is no need for the sealed docket entries to remain so sealed, where they are presumptively in the public domain. <u>Matter of Cont'l Illinois Sec. Litig.</u>, 732 F.2d 1302 (7th Cir. 1984).

**6.** Defendants need a short time to respond to Plaintiff's motion.

**WHEREFORE**, Defendants respectfully request that:

**A.** The declarations and related sealed material [Dkts. 2-4, 6-9] be unsealed; and

**B.** Defendants be allowed until May 24, 2024, to respond to Plaintiff's Motion for Entry of Preliminary Injunction.

Dated: May 14, 2024

    Respectfully Submitted,

    /s/Adam E. Urbanczyk
    Adam E. Urbanczyk
    Brian Swift
    AU LLC
    444 W. Lake St. 17th Floor
    Chicago, IL 60606
    (312) 715-7312
    adamu@au-llc.com
    brians@au-llc.com
    *Counsel for Defendants*