**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **AP GLOBAL, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Civil Action No. 1:24-cv-2535 (MMP)** |
| | ) | |
| **THE INDIVIDUALS,** | ) | **JURY TRIAL DEMANDED** |
| **CORPORATIONS, LIMITED** | ) | |
| **LIABILITY COMPANIES,** | ) | **Judge Martha M. Pacold** |
| **PARTNERSHIPS, AND** | ) | |
| **UNINCORPORATED** | ) | |
| **ASSOCIATIONS** | ) | |
| **IDENTIFIED ON SCHEDULE A TO** | ) | |
| **THE COMPLAINT,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**PLAINTIFF'S MOTION FOR ENTRY OF AN ORDER AMENDING THE COURT'S**
**APRIL 7, 2025, ORDER [ECF NO. 102] REGARDING RELEASE OF BOND**

Plaintiff, AP Global, Inc. ("APG"), hereby respectfully moves for entry of an order

amending the Court's April 7, 2025, Order, (ECF No. 102; hereinafter, the "Order"), which

ordered release of the bond that APG posted to secure the provisional injunctive relief ordered in

the above-captioned action. Upon entry of the Order, undersigned counsel received the below

communication from the Court's Financial Office, which correspondence is also attached to this

Motion as Exhibit 1.

> The Fiscal Department has been notified of the attached bond release order for case
> 24cv2535. To release the funds, an amended order will be needed to reflect this as
> a 'cash bond' rather than surety bond. Additionally, the language 'via certified
> mail' should be removed as all checks are sent via regular mail. The order should
> also address interest language such as "plus accrued interest." Lastly, a W-9 form
> for the recipient of the funds should be emailed to Fiscal_ILND@ilnd.uscourts.gov
> at your convenience.

Accordingly, APG respectfully requests that the Order be amended to indicate that the ten-thousand dollar ($10,000) bond is a cash bond. APG further requests amendment of the Order to indicate that the amount returned to APG further include accrued interest at a rate of 1% (calculated on an annual basis) of the bond amount determined based on the period from April 26, 2024 (when the bond was deposited) to the date that the bond is released back to APG. APG further respectfully requests amendment of the Order to direct the Clerk of the Court to release the bond and accrued interest to APG, through APG's counsel, by way check mailed by regular U.S. mail to Theodore J. Chiacchio, Chiacchio IP, LLC, 307 North Michigan Ave., Suite 806, Chicago, IL 60601.

APG respectfully requests that the Court grant this Motion and effect amendment of the Order in the manner prescribed by the Court's Financial Office, as described above.

Date: April 14, 2025

Respectfully submitted,

*/s/ Theodore J. Chiacchio*
Theodore J. Chiacchio (Bar No. 6332547)
**CHIACCHIO IP, LLC**
307 Michigan Avenue, Suite 806
Chicago, Illinois 60601
Telephone: (312) 815-2384
E-mail: tchiacchio@chiacchioip.com

***ATTORNEY FOR PLAINTIFF***

## CERTIFICATE OF SERVICE

I hereby certify that on April 14, 2025, I caused a true and correct copy of the foregoing document to be served on all counsel of record in this action via NextGen CM/ECF.

__/s/ Theodore J. Chiacchio__

2